Case 4:19-cv-00219   Document 8   Filed on 03/08/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAM JASKEN, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-219 |
| | § | |
| WASTE MANAGEMENT OF MINNESOTA, INC., | § § § | |
| Defendant. | § § | |

**ORDER OF DISMISSAL**

In accordance with Plaintiff's Notice of Dismissal without Prejudice filed on February 25, 2019 (Doc. 7) this case is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this ___8th___ day of March, 2019.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE